STATE of Missouri, Respondent,

v.

**Eddie S. BELL, Appellant.**

**No. WD 38478.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1987.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Feb. 3, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM.

Direct appeal from conviction of burglary, second degree, in violation of § 569.170, RSMo 1978.

Judgment affirmed. Rule 30.25(b).